```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 07727
   EDWIN M THOMPSON
   LENA M THOMPSON                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6584     SSN XXX-XX-8901

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/27/2007 and was confirmed 08/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 11/07/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG        .00            .00            .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE        .00            .00            .00
FIRST CASH                 UNSECURED         280.00            .00            .00
SPRINT                     UNSECURED       NOT FILED           .00            .00
AT&T                       UNSECURED         457.64            .00            .00
AT&T                       UNSECURED       NOT FILED           .00            .00
SPRINT PCS                 UNSECURED       NOT FILED           .00            .00
CHICAGO FIRST CREDIT UNI   UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO            UNSECURED         749.18            .00            .00
COMMONWEALTH EDISON        UNSECURED        3969.10            .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
AT&T BROADBAND             UNSECURED       NOT FILED           .00            .00
COMCAST CABLE COMMUNICAT   UNSECURED         272.71            .00            .00
PEOPLES GAS                UNSECURED       NOT FILED           .00            .00
JEWELS                     UNSECURED       NOT FILED           .00            .00
JUDGEMENT                  UNSECURED       NOT FILED           .00            .00
EMERG ROOM PHYSICIANS      UNSECURED       NOT FILED           .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         568.35            .00            .00
CHECK INTO CASH            UNSECURED       NOT FILED           .00            .00
CUB FOODS                  UNSECURED          84.91            .00            .00
SINAI MEDICAL GROUP        UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1606.14            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         754.61            .00            .00
TCF BANK                   UNSECURED       NOT FILED           .00            .00
CHARTER ONE BANK           UNSECURED       NOT FILED           .00            .00
VILLAGE OF MIDLOTHIAN      UNSECURED        1575.00            .00            .00
VILLAGE OF MIDLOTHIAN      UNSECURED       NOT FILED           .00            .00
SAFEWAY INC                UNSECURED       NOT FILED           .00            .00
VILLAGE OF MIDLOTHIAN      UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        4722.07            .00            .00
ROUNDUP FUNDING LLC        UNSECURED        8684.66            .00            .00
ECMC                       UNSECURED        6358.30            .00            .00
```

```
ROUNDUP FUNDING LLC        UNSECURED         133.00              .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,104.00                          1,430.62
TOM VAUGHN                 TRUSTEE                                             104.38
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 1,535.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,430.62
TRUSTEE COMPENSATION                              104.38
DEBTOR REFUND                                        .00
                       ---------------        ---------------
TOTALS                   1,535.00                1,535.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 02/27/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 07727 EDWIN M THOMPSON & LENA M THOMPSON